IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

THOMAS RAY RODRIGUEZ,

    Plaintiff,

v.                                                        No. 2:23-cv-00278-MIS-KRS

DEMING POLICE DEPARTMENT and
FNU ARAGON,

    Defendants.

# FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Court's Memorandum Opinion and Order dismissing Plaintiff's case,

**IT IS ORDERED** that this case is **DISMISSED without prejudice.**

_____
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE